CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 18 2025

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DAPHNE K., | |
| Plaintiff | Case No. 4:23-cv-00024 |
| v. | |
| LELAND DUDEK,<br>Commissioner of Social Security, | By:   Michael F. Urbanski<br>Senior United States District Judge |
| Defendant | |

## ORDER

This matter was referred to the Hon. Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 24, 2025, recommending that the Commissioner's final decision denying Robin's DIB claim be **AFFIRMED**. ECF No. 18. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 18) is **ADOPTED in its entirety**;

2. The Commissioner's determination that Plaintiff is not disabled is **AFFIRMED**; and

3. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: March 13, 2025

*[signature]*

Michael F. Urbanski
Senior United States District Judge